UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CONROY, JERRY § | Case No. 07-07476 |
| CONROY, MARILYN B § | |
| PLATINUM OIL COMPANY § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 01/27/2012 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/05/2011          By: /s/JOHN E. GIERUM
                                        Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: CONROY, JERRY | § | Case No. 07-07476 |
| CONROY, MARILYN B | § | |
| PLATINUM OIL COMPANY | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,023.87 |
| and approved disbursements of | $ 317.42 |
| leaving a balance on hand of [1] | $ 9,706.45 |
| **Balance on hand:** | $ 9,706.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,706.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,752.38 | 0.00 | 1,752.38 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten Ltd. | 855.00 | 0.00 | 855.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,607.38 |
| Remaining balance: | $ 7,099.07 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,099.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $735.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Department of the Treasury | 735.14 | 0.00 | 735.14 |

Total to be paid for priority claims: $ 735.14
Remaining balance: $ 6,363.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 563,326.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of America, N.A. (USA) | 30,775.41 | 0.00 | 347.67 |
| 2 -2 | CHASE BANK USA, NA | 43,117.46 | 0.00 | 487.09 |
| 3 | Atlas Building, Inc | 190,000.00 | 0.00 | 2,146.41 |
| 4 | Lakshmi Sevugan | 136,747.82 | 0.00 | 1,544.83 |
| 5 -2 | Lakha Bhaskaran | 136,747.82 | 0.00 | 1,544.83 |
| 6 | American Express Centurion Bank | 2,826.78 | 0.00 | 31.93 |
| 7 | eCAST Settlement Corporation assignee of | 11,252.46 | 0.00 | 127.12 |
| 8 | Capital Recovery One | 3,252.23 | 0.00 | 36.74 |
| 9U | Department of the Treasury | 3,930.62 | 0.00 | 44.40 |
| 10 | Illinois Lottery | 4,676.34 | 0.00 | 52.83 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,363.85 |
| Remaining balance: | $ | 0.08 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.08 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.08 |

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jerry Conroy  
Marilyn B Conroy  
    Debtors

Case No. 07-07476-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mhenley      Page 1 of 3      Date Rcvd: Dec 07, 2011  
                       Form ID: pdf006    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2011.

```
db/jdb       +Jerry Conroy,    Marilyn B Conroy,    1118 Franklin,    Buffalo Grove, IL 60089-1225
11764892      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11326170     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11326171     +Atlas Building Inc,    41 Horseshoe Lane,    Lemont, IL 60439-9151
11751290     +Atlas Building, Inc,    c/o Robert R. Benjamin,    Querrey & Harrow, Ltd.,
               175 W. Jackson, Suite 1600,    Chicago, IL 60604-2686
11326172     +Atlas Builidng Inc,    41 Horseshoe Lane,    Lemont, IL 60439-9151
11326173     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
11405422     +Bank of America, N.A. (USA),    Attn: Mr. BK,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
14349572      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11326174     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11743256      Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11326175     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
11326176     +Fifth Third Bank,    PO Box 630337,    Cincinnati, OH 45263-0337
11326177     +Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
11326178    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,    P O Box 21126    Stop N781,    Philadelphia, PA 19114)
18126673      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
11884050     +Illinois Lottery,    101 W. Jefferson, MC5-950,    Springfield, IL 62702-5145
11751331     +Lakha Bhaskaran,    c/o Robert R. Benjamin,    Querrey & Harrow, Ltd.,
               175 W. Jackson Blvd., Suite 1600,    Chicago, IL 60604-2686
11751299     +Lakshmi Sevugan,    c/o Robert R. Benjamin,    Querrey & Harrow, Ltd.,
               175 W. Jackson Blvd., Suite 1600,    Chicago, IL 60604-2686
11326180     +Michael D. Fine,    131 S. Dearborn Street Floor 5,    Chicago, IL 60603-5571
11326181     +Mortgage Service Center,    4001 Leadenhall Rd,    Mount Laurel, NJ 08054-4611
11326182    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
11326183     +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
11326184     +U.S. S.B.A.,    501 I Street Suite 12-100,    Sacramento, CA 95814-7310
11326186     +Wachovia/Southtrust Ba,    Po Box 3117,    Winston Salem, NC 27102-3117
11843478      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12589269     +E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2011 02:57:38     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11326179     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 08 2011 03:03:58     Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
11849661      E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2011 02:57:38
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11851326     +E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2011 02:57:38
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAMS CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11326185     +E-mail/Text: bnc@ursi.com Dec 08 2011 02:22:49     United Recovery Systems,    PO Box 722929,
               Houston, TX 77272-2929
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 3              Date Rcvd: Dec 07, 2011
                              Form ID: pdf006            Total Noticed: 31

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: mhenley              Page 3 of 3                  Date Rcvd: Dec 07, 2011
                               Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2011 at the address(es) listed below:

          John E Gierum    on behalf of Trustee John Gierum jgierum@7trustee.net,
           joanne@gierummantas.com;karen@gierummantas.com
          John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
          Michael J Worwag    on behalf of Debtor Jerry Conroy mjworwag@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                         TOTAL: 4