## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | BK No.: 07-07476 |
| | ) | |
| JERRY CONROY and | ) | Chapter 7 |
| MARILYN CONROY, | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtors. | ) | |

### NOTICE OF AMENDMENT TO FINAL REPORT

**PLEASE TAKE NOTICE THAT** on December 1, 2011, ILLINOIS DEPARTMENT OF REVENUE, filed a Proof of Claim which established its priority position in the funds being held by the Trustee in this case. As a result of that Proof of Claim, the proceeds of this estate will be paid according to the Exhibit attached hereto.

The hearing on the Final Report will be heard by the Court at 2:00 p.m. on January 27, 2012 in Courtroom B, Lake County Courthouse, 301 Greenleaf Avenue, Park City, Illinois 60085.

/s/ *John E. Gierum*
John E. Gierum, Trustee

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy this notice and the document to which it refers to be served on all persons set forth above through the Court's Electronic Notice for Registrants or by placing copies of them in sealed envelopes properly addressed and depositing them in the United States Mail Chute at 9700 West Higgins Road, Rosemont, Illinois, at or before the hour of 5:00 p.m. on the 14th day of December, 2011.

/s/ *John E. Gierum*
John E. Gierum

# SERVICE LIST

American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Atlas Building, Inc.
c/o Robert A. Benjamin, Esq.
GOLAN & CHRISTIE, LLP
Three First National Plaza
70 West Madison Street
Suite 1500
Chicago, IL 60602-4206

Bank of America, N.A. (USA)
Attn: Mr. BK
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

Capital Recovery One
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126 Stop N781
Philadelphia, PA 19114

eCAST Settlement Corporation assignee of
HSBC Bank Nevada NA/HSBC Card Services III
P.O. Box 35480
Newark, NJ 07193-5480

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Lottery
101 West Jefferson, MC5-950
Springfield, IL 62702

Lakha Bhaskaran
c/o Robert A. Benjamin, Esq.
GOLAN & CHRISTIE, LLP
Three First National Plaza
70 West Madison Street
Suite 1500
Chicago, IL 60602-4206

Lakshmi Sevugan
c/o Robert A. Benjamin, Esq.
GOLAN & CHRISTIE, LLP
Three First National Plaza
70 West Madison Street
Suite 1500
Chicago, IL 60602-4206

# Claims Proposed Distribution

## Case: 07-07476  CONROY, JERRY

**Case Balance:** $9,706.45   **Total Proposed Payment:** $9,706.45   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOHN E. GIERUM <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,752.38 | 1,752.38 | 0.00 | 1,752.38 | 1,752.38 | 7,954.07 |
|  | Lois West, Popowcer Katten Ltd. <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 855.00 | 855.00 | 0.00 | 855.00 | 855.00 | 7,099.07 |
|  | JOHN E. GIERUM <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 25.25 | 25.25 | 25.25 | 0.00 | 0.00 | 7,099.07 |
| 9P | Department of the Treasury | Priority | 735.14 | 735.14 | 0.00 | 735.14 | 735.14 | 6,363.93 |
| 11 | Illinois Department of Revenue | Priority | 6,141.94 | 6,141.94 | 0.00 | 6,141.94 | 6,141.94 | 221.99 |
| 1 | Bank of America, N.A. (USA) | Unsecured | 30,775.41 | 30,775.41 | 0.00 | 30,775.41 | 12.14 | 209.85 |
| 2 -2 | CHASE BANK USA, NA | Unsecured | 43,117.46 | 43,117.46 | 0.00 | 43,117.46 | 16.99 | 192.86 |
| 3 | Atlas Building, Inc | Unsecured | 190,000.00 | 190,000.00 | 0.00 | 190,000.00 | 74.87 | 117.99 |
| 4 | Lakshmi Sevugan | Unsecured | 136,747.82 | 136,747.82 | 0.00 | 136,747.82 | 53.89 | 64.10 |
| 5 -2 | Lakha Bhaskaran | Unsecured | 136,747.82 | 136,747.82 | 0.00 | 136,747.82 | 53.89 | 10.21 |
| 6 | American Express Centurion Bank | Unsecured | 2,826.78 | 2,826.78 | 0.00 | 2,826.78 | 1.11 | 9.10 |
| 7 | eCAST Settlement Corporation assignee of | Unsecured | 11,252.46 | 11,252.46 | 0.00 | 11,252.46 | 4.43 | 4.67 |
| 8 | Capital Recovery One | Unsecured | 3,252.23 | 3,252.23 | 0.00 | 3,252.23 | 1.28 | 3.39 |
| 9U | Department of the Treasury | Unsecured | 3,930.62 | 3,930.62 | 0.00 | 3,930.62 | 1.55 | 1.84 |
| 10 | Illinois Lottery | Unsecured | 4,676.34 | 4,676.34 | 0.00 | 4,676.34 | 1.84 | 0.00 |
|  | **Total for Case 07-07476 :** |  | **$572,836.65** | **$572,836.65** | **$25.25** | **$572,811.40** | **$9,706.45** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,632.63 | $2,632.63 | $25.25 | $2,607.38 | 100.000000% |
| Total Priority Claims : | $6,877.08 | $6,877.08 | $0.00 | $6,877.08 | 100.000000% |
| Total Unsecured Claims : | $563,326.94 | $563,326.94 | $0.00 | $221.99 | 0.039407% |