## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: CONROY, JERRY<br>CONROY, MARILYN B<br>PLATINUM OIL COMPANY<br>Debtor(s) | § Case No. 07-07476<br>§<br>§<br>§ |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,150,500.00          Assets Exempt: $39,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,099.21    Claims Discharged
                                              Without Payment: $563,104.81

Total Expenses of Administration: $2,924.80

3) Total gross receipts of $ 10,024.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,024.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,924.82 | 2,924.82 | 2,924.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 6,877.08 | 6,877.08 | 6,877.08 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 563,326.94 | 563,326.94 | 222.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $573,128.84 | $573,128.84 | $10,024.01 |

  4) This case was originally filed under Chapter 7 on April 25, 2007. The case was pending for 61 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2012  By: /s/JOHN E. GIERUM
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraud / breach lawsuit | 1149-000 | 10,000.00 |
| Interest Income | 1270-000 | 24.01 |
| **TOTAL GROSS RECEIPTS** | | **$10,024.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 1,752.40 | 1,752.40 | 1,752.38 |
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 855.00 | 855.00 | 855.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 25.25 | 25.25 | 25.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.17 | 19.17 | 19.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 198.00 | 198.00 | 198.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,924.82** | **$2,924.82** | **$2,924.80** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Department of the Treasury | 5800-000 | N/A | 735.14 | 735.14 | 735.14 |
| 11 | Illinois Department of Revenue | 5800-000 | N/A | 6,141.94 | 6,141.94 | 6,141.94 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,877.08 | $6,877.08 | $6,877.08 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of America, N.A. (USA) | 7100-000 | N/A | 30,775.41 | 30,775.41 | 12.15 |
| 2 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 43,117.46 | 43,117.46 | 17.00 |
| 3 | Atlas Building, Inc | 7100-000 | N/A | 190,000.00 | 190,000.00 | 74.92 |
| 4 | Lakshmi Sevugan | 7100-000 | N/A | 136,747.82 | 136,747.82 | 53.92 |
| 5 -2 | Lakha Bhaskaran | 7100-000 | N/A | 136,747.82 | 136,747.82 | 53.92 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 2,826.78 | 2,826.78 | 1.11 |
| 7 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 11,252.46 | 11,252.46 | 4.44 |
| 8 | Capital Recovery One | 7100-000 | N/A | 3,252.23 | 3,252.23 | 1.28 |
| 9U | Department of the Treasury | 7100-000 | N/A | 3,930.62 | 3,930.62 | 1.55 |
| 10 | Illinois Lottery | 7100-000 | N/A | 4,676.34 | 4,676.34 | 1.84 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $563,326.94 | $563,326.94 | $222.13 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-07476 | | Trustee: | (520171) | JOHN E. GIERUM |
|---|---|---|---|---|---|
| Case Name: | CONROY, JERRY | | Filed (f) or Converted (c): | 04/25/07 (f) | |
| | CONROY, MARILYN B | | §341(a) Meeting Date: | 05/25/07 | |
| Period Ending: 06/09/12 | | | Claims Bar Date: | 01/21/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Fifth Third Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Miscellaneous used household goods | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Personal Used Clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2006 Altima | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Real estate BG, IL | 340,000.00 | 6,000.00 | DA | 0.00 | FA |
| 6 | Personal checking TCF | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | Business checking TCF | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Used books, etc. | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Costume jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Platinum Oil stock | 1,800,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | JMC stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Fraud / breach lawsuit | Unknown | 10,000.00 | | 10,000.00 | FA |
| 14 | 2005 Infiniti | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 24.01 | FA |
| 15 | Assets   Totals (Excluding unknown values) | $2,150,500.00 | $16,500.00 | | $10,024.01 | $0.00 |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008     **Current Projected Date Of Final Report (TFR):**   December 5, 2011  (Actual)

Printed: 06/09/2012 12:02 PM   V.13.02

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-07476 | Trustee: JOHN E. GIERUM (520171) |
| Case Name: CONROY, JERRY | Bank Name: JPMORGAN CHASE BANK, N.A. |
| CONROY, MARILYN B | Account: \*\*\*-\*\*\*\*\*31-65 - Money Market Account |
| Taxpayer ID #: \*\*-\*\*\*7055 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 06/09/12 | Separate Bond: N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/04/08 | {13} | Atlas Building, Inc. | SETTLEMENT PROCEEDS | 1149-000 | 10,000.00 | | 10,000.00 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.64 | | 10,001.64 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.85 | | 10,003.49 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.39 | | 10,004.88 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,006.13 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,007.40 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,008.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 10,009.86 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,011.17 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.09 | | 10,012.26 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.78 | | 10,013.04 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 10,013.75 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,014.15 |
| 02/19/09 | | To Account #\*\*\*\*\*\*\*\*3166 | BOND REIMBURSEMENT | 9999-000 | | 8.72 | 10,005.43 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,005.81 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,006.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,006.64 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,007.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,007.46 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,007.88 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,008.30 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,008.70 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,009.10 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,009.52 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,009.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,010.33 |
| 02/12/10 | | To Account #\*\*\*\*\*\*\*\*3166 | TRANSFER OF FUNDS | 9999-000 | | 7.79 | 10,002.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,002.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,003.36 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 10,003.61 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*3165 | Wire out to BNYM account 9200\*\*\*\*\*\*3165 | 9999-000 | -10,003.61 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 16.51 | 16.51 | $0.00 |
| Less: Bank Transfers | | -10,003.61 | 16.51 | |
| Subtotal | | 10,020.12 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,020.12 | $0.00 | |

{} Asset reference(s)

Printed: 06/09/2012 12:02 PM V.13.02

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-07476 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | CONROY, JERRY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CONROY, MARILYN B | | Account: | \*\*\*-\*\*\*\*\*31-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*7055 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/09 | | From Account #\*\*\*\*\*\*\*\*3165 | BOND REIMBURSEMENT | 9999-000 | 8.72 | | 8.72 |
| 02/19/09 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-07476, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 8.72 | 0.00 |
| 02/12/10 | | From Account #\*\*\*\*\*\*\*\*3165 | TRANSFER OF FUNDS | 9999-000 | 7.79 | | 7.79 |
| 02/12/10 | 102 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 07-07476 | 2200-000 | | 7.79 | 0.00 |
| | | | ACCOUNT TOTALS | | 16.51 | 16.51 | $0.00 |
| | | | Less: Bank Transfers | | 16.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16.51** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-07476 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | CONROY, JERRY | | Bank Name: | The Bank of New York Mellon |
| | CONROY, MARILYN B | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***7055 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | 9999-000 | 10,003.61 | | 10,003.61 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 10,003.82 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,004.41 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 10,004.99 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,005.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,006.17 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,006.25 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,006.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,006.41 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,006.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,006.57 |
| 02/04/11 | | To Account #9200******3166 | TRANSFER OF FUNDS | 9999-000 | | 8.74 | 9,997.83 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,997.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,997.98 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,998.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,998.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,998.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,998.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.17 | 9,979.13 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,979.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,954.21 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,954.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,929.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,929.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,904.37 |
| 11/21/11 | | To Account #9200******3166 | TRANSFER OF FUNDS | 9999-000 | | 198.00 | 9,706.37 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,706.45 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,706.53 |
| 01/27/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 9,706.59 |
| 01/27/12 | | To Account #9200******3166 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 9,706.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,007.50 | 10,007.50 | $0.00 |
| | | | Less: Bank Transfers | | 10,003.61 | 9,913.33 | |
| | | | **Subtotal** | | 3.89 | 94.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.89** | **$94.17** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-07476 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | CONROY, JERRY | | Bank Name: | The Bank of New York Mellon |
| | CONROY, MARILYN B | | Account: | 9200-******31-66 - Checking Account |
| Taxpayer ID #: | **-***7055 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******3165 | TRANSFER OF FUNDS | 9999-000 | 8.74 | | 8.74 |
| 02/07/11 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #07-07476, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 8.74 | 0.00 |
| 11/21/11 | | From Account #9200******3165 | TRANSFER OF FUNDS | 9999-000 | 198.00 | | 198.00 |
| 11/21/11 | 10104 | Illinois Department of Revenue | 2008 IL-1041 / IL-1040 | 2820-000 | | 198.00 | 0.00 |
| 01/27/12 | | From Account #9200******3165 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 9,706.59 | | 9,706.59 |
| 02/01/12 | 10105 | JOHN E. GIERUM | Dividend paid 100.00% on $1,752.40, Trustee Compensation; Reference: | 2100-000 | | 1,752.38 | 7,954.21 |
| 02/01/12 | 10106 | Lois West, Popowcer Katten Ltd. | Dividend paid 100.00% on $855.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 855.00 | 7,099.21 |
| 02/01/12 | 10107 | Department of the Treasury | First and Final Distribution | 5800-000 | | 735.14 | 6,364.07 |
| 02/01/12 | 10108 | Illinois Department of Revenue | First and Final Distribution | 5800-000 | | 6,141.94 | 222.13 |
| 02/01/12 | 10109 | Bank of America, N.A. (USA) | First and Final Distribution | 7100-000 | | 12.15 | 209.98 |
| 02/01/12 | 10110 | CHASE BANK USA, NA | First and Final Distribution | 7100-000 | | 17.00 | 192.98 |
| 02/01/12 | 10111 | Atlas Building, Inc | First and Final Distribution | 7100-000 | | 74.92 | 118.06 |
| 02/01/12 | 10112 | Lakshmi Sevugan | First and Final Distribution | 7100-000 | | 53.92 | 64.14 |
| 02/01/12 | 10113 | Lakha Bhaskaran | First and Final Distribution | 7100-000 | | 53.92 | 10.22 |
| 02/01/12 | 10114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 10.22 | 0.00 |
| | | | Dividend paid 0.03% on 1.11 $2,826.78; Claim# 6; Filed: $2,826.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.03% on 4.44 $11,252.46; Claim# 7; Filed: $11,252.46 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.03% on 1.28 $3,252.23; Claim# 8; Filed: $3,252.23 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.03% on 1.55 $3,930.62; Claim# 9U; Filed: $3,930.62 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.03% on 1.84 $4,676.34; Claim# 10; Filed: $4,676.34 | 7100-000 | | | 0.00 |

Subtotals :   $9,913.33   $9,913.33

{} Asset reference(s)

Printed: 06/09/2012 12:02 PM   V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-07476 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | CONROY, JERRY | | Bank Name: | The Bank of New York Mellon |
| | CONROY, MARILYN B | | Account: | 9200-******31-66 - Checking Account |
| Taxpayer ID #: | **-***7055 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,913.33 | 9,913.33 | $0.00 |
| | | | Less: Bank Transfers | | 9,913.33 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,913.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $9,913.33 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****31-65 | 10,020.12 | 0.00 | 0.00 |
| Checking # ***-*****31-66 | 0.00 | 16.51 | 0.00 |
| Checking # 9200-******31-65 | 3.89 | 94.17 | 0.00 |
| Checking # 9200-******31-66 | 0.00 | 9,913.33 | 0.00 |
| | $10,024.01 | $10,024.01 | $0.00 |

{} Asset reference(s)

Printed: 06/09/2012 12:02 PM V.13.02

**Check Number: 10105    Pay Date: 02/03/2012  Amount: $1,752.38**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10105
TID #520171
Case: 07-07476 ABG  Debtor: CONROY, JERRY
9200073854 3166  CONROY, MARILYN B
Dividend paid 100.00% on $1,752.40, Trustee Compensation; Reference:

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/01/2012      $ ********1,752.38

---One Thousand Seven Hundred Fifty-Two Dollars and 38/100

Pay to the Order of: JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

JOHN E. GIERUM, Trustee

⑊000 10105⑊ ⑊04330 2493⑊ 9 2000 7385 43166⑊      /0000175238/

**Check Number: 10106    Pay Date: 02/10/2012  Amount: $855.00**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10106
TID #520171
Case: 07-07476 ABG  Debtor: CONROY, JERRY
9200073854 3166  CONROY, MARILYN B
Dividend paid 100.00% on $855.00, Accountant for Trustee Fees (Other Firm); Reference:

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/01/2012      $ ********855.00

---Eight Hundred Fifty-Five Dollars and 00/100

Pay to the Order of: Lois West, Popowcer Katten Ltd.
35 East Wacker Drive
Suite 1550
Chicago IL 60601-2124

JOHN E. GIERUM, Trustee

⑊000 10106⑊ ⑊04330 2493⑊ 9 2000 7385 43166⑊

**Check Number: 10107**     **Pay Date: 02/10/2012**    **Amount: $735.14**



**Check Number: 10108**     Pay Date: 02/09/2012   Amount: $6,141.94

**Check Number: 10109**  **Pay Date: 02/13/2012**  **Amount: $12.15**





**Check Number: 10110**  **Pay Date: 02/10/2012  Amount: $17.00**



Page 6 of 6